**NOT FOR PUBLIC VIEW**
~~PLEASE RECEIPT AND RETURN~~ ECL

✎AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT    FILED

Southern    District of    California

FILED
08 JUL 10  AM 8: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.                                    **WARRANT FOR ARREST**

ANTHONY REYNOLDS                      Case Number:  08 MJ 2080    DEPUTY

RECEIVED
2008 JUL -9 A 11: 25
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
ANTHONY REYNOLDS
Name

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☒ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

with being a fugitive from Canada, which has sought extradition to answer charges of Attempted murder, Criminal Code of Canada, Section 239;
Attempted murder while using a firearm, Criminal Code of Canada, Section 239(a); Aggravated assault, Criminal Code of Canada, Section 268; Discharge
firearm endanger life, Criminal Code of Canada, Section 244(b); Assault with a weapon, Criminal Code of Canada, Section 267(a); Pointing a firearm,
Criminal Code of Canada, Section 87; Use of firearm while committing indictable offense of aggravated assault, Criminal Code of Canada, Section 85; and
Use of firearm while committing indictable offense of assault with a weapon, Criminal Code of Canada, Section 85; and Title 18 United States Code,
Section 3184.

in violation of Title _____ United States Code, Section(s) _____

Name _of_Issuing_Officer **WILLIAM McCURINE, JR.**          Signature of Issuing Officer
**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer                                   7/9/08  San Diego, CA
                                                          Date and Location

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | | |
| | DATE  7/9/08 | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
| DATE OF ARREST | STEVEN C. STAFFORD ACTING U.S. MARSHAL, SCA BY | | |