**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Reynolds

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 08mj2080 |
| )  | |
| Plaintiff,        ) | |
| )  | |
| v.                                             ) | **PROOF OF SERVICE** |
| )  | |
| **ANTHONY REYNOLDS,**             ) | |
| )  | |
| Defendant.       ) | |
| )  | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 14, 2008                                                                 *s/ Andrew Lah*
                                                                           **ANDREW LAH**
                                                                           Federal Defenders of San Diego, Inc.,
                                                                           andrew_lah@fd.org