KAREN P. HEWITT
United States Attorney
ANNE KRISTINA PERRY
Assistant United States Attorney
California State Bar No. 107440
Federal Office Building
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7045

Attorneys for
United States of America

FILED

2008 SEP 23 PM 3:19

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____V/H_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE       )   CASE NO. 08MJ2080
                           )
EXTRADITION OF             )
                           )   **EXTRADITION CERTIFICATION**
ANTHONY REYNOLDS, a/k/a Oval )  **AND ORDER OF COMMITMENT**
Thompson,                  )
                           )
       Fugitive            )
_____)

These extradition proceedings were commenced by the United States pursuant to 18 U.S.C. § 3184 and the Treaty on Extradition between the United States and Canada of December 3, 1971, which entered into force on March 22, 1976, (TIAS 8237), the Protocol Amending the extradition Treaty with Canada of January 11, 1988, which entered into force on November 26, 1991, and the Second Protocol Amending the extradition Treaty with Canada of January 12, 2001, which entered into force on April 30, 2003 (the "Treaty").

ANTHONY REYNOLDS, a/k/a Oval Thompson (hereinafter "defendant"), was provisionally arrested at the request of Canada on July 9, 2008. Pursuant to the Treaty, Canadian authorities presented a formal request for the defendant's extradition on July 28, 2008, supported by appropriate documentation.

The defendant's extradition is sought by Canada for prosecution for the following offenses:

1. One count of attempted murder, in violation of Section 239 of the Criminal Code of Canada;

2. One count of attempted murder while using a firearm, in violation of section 239(a) of the Criminal Code of Canada;

3. One count of aggravated assault, in violation of Section 268 of the Criminal Code of Canada;

4. One count of discharge of firearm with the intent to endanger life, in violation of Section 244(b) of the Criminal Code of Canada;

5. One count of assault with a weapon, in violation of Section 267(a) of the Criminal Code of Canada;

6. One count of pointing a firearm, in violation of Section 87 of the Criminal Code of Canada;

7. One count of using a firearm while committing an aggravated assault, in violation of Section 85 of the Criminal Code of Canada;

8. One count of using a firearm while committing an assault with a weapon, in violation of Section 85 of the Criminal Code of Canada;

On September 18, 2008, this Court conducted an extradition hearing pursuant to 18 U.S.C. § 3184. Based on consideration of the documentary evidence introduced on behalf of Canada, the defendant's opposition to extradition, and oral arguments of counsel, the Court finds that the terms of the Treaty and 18 U.S.C. § 3184 have been met. Specifically, the Court finds the following:

    a. That there is an extradition treaty in force between the United States and Canada, namely, the Treaty, and this Court has jurisdiction in this matter;

    b. That there are criminal charges pending against the defendant in Canada charging him with:

        (1). One count of attempted murder, in violation of Section 239 of the Criminal Code of Canada;

        (2). One count of attempted murder while using a firearm, in violation of section 239(a) of the Criminal Code of Canada;

   (3). One count of aggravated assault, in violation of Section 268 of the Criminal Code of Canada;

   (4). One count of discharge of firearm with the intent to endanger life, in violation of Section 244(b) of the Criminal Code of Canada;

   (5). One count of assault with a weapon, in violation of Section 267(a) of the Criminal Code of Canada;

   (6). One count of pointing a firearm, in violation of Section 87 of the Criminal Code of Canada;

   (7). One count of using a firearm while committing an aggravated assault, in violation of Section 85 of the Criminal Code of Canada;

   (8). One count of using a firearm while committing an assault with a weapon, in violation of Section 85 of the Criminal Code of Canada;

  c. That the crimes with which the defendant is charged are extraditable offenses within the terms of Article 2 of the 1971 Treaty, as replaced by Article II of the 1988 Protocol, in that the crimes charged are each offenses punishable by the laws of the Canada and the United States by imprisonment or other form of detention for a term exceeding one year or greater punishment;

  d. That the defendant who appeared before this Court is the same person who is charged in Canada in an order of arrest issued by the Toronto Police Service on May 4, 2008; and

  e. That the evidence establishes probable cause to believe that the defendant committed the charged offense(s).

  For the foregoing reasons, this matter is certified to the Secretary of State in order that a warrant may issue for the surrender of the defendant to the proper authorities of Canada in accordance with the Extradition Treaty between the United States of America and Canada.

  **ORDERED** that ANTHONY REYNOLDS, a/k/a Oval Thompson, is committed to the custody of the United States Marshal, or his authorized representative, to be confined in

1  appropriate facilities and to remain until he is surrendered to Canada pursuant to applicable
2  provisions of the Treaty and United States law. It is further
3      **ORDERED** that the United States Attorney for this judicial district shall forward a copy
4  of this Certification and Order together with a copy of all transcripts of proceedings and copies
5  of documents received into evidence in this matter, to the Secretary of State.
6      **ENTERED** this 23d day of September, 2008, at San Diego, California

                                    _____
                                    HONORABLE WILLIAM McCURINE, JR.
                                    UNITED STATES MAGISTRATE JUDGE

cc:
  Office of International Affairs
  Criminal Division
  U.S. Department of Justice
  1301 New York Avenue, N.W.
  Eighth Floor
  Washington, D.C. 20005