| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | Anne Kristina Perry |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 107440 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5767/(619) 557-7381 (Fax) |
| | Email: Anne.Perry2@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF: | ) | Criminal Case No.  08MJ2080 |
|---|---|---|
| | ) | |
| THE EXTRADITION OF ANTHONY | ) | NOTICE OF APPEARANCE |
| REYNOLDS | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

NONE

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and
2 | should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case
3 | (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please
4 | terminate this association):
5 |     JEFFREY MOORE, Assistant U.S. Attorney
6 | Please call me if you have any questions about this notice.
7 |     DATED:    October 23, 2008

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              s/Anne Perry

                                              _____
                                              Anne Kristina Perry
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America
                                              Email: Anne.Perry2@usdoj.gov

Notice of Appearance
In re: the Extradition of Anthony Reynolds    2                                08MJ2080

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ) <br> ) <br> EXTRADITION OF ) <br> ) <br> ) <br> ) <br> ANTHONY REYNOLDS ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. 08MJ2080 <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, ANNE PERRY, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's ECF Notice of Appearance on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies him.

ANDREW LAH, FEDERAL DEFENDERS OF SAN DIEGO, INC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2008

                                            s/ Anne Perry
                                            Anne Kristina Perry
                                            Anne.Perry2@usdoj.gov

Notice of Appearance
In re: the Extradition of Anthony Reynolds    3                      08MJ2080