1                    UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF CALIFORNIA

3

4  UNITED STATES OF AMERICA,        )   Case No. 08MJ2080-WMC
                                    )
5            Plaintiff,             )   San Diego, California
                                    )
6  vs.                              )   Thursday,
                                    )   September 11, 2008
7  ANTHONY REYNOLDS,                )   10:00 a.m.
                                    )
8            Defendant.             )
   _____ )

9

10                TRANSCRIPT OF STATUS CONFERENCE
               BEFORE THE HONORABLE WILLIAM McCURINE
11                 UNITED STATES MAGISTRATE JUDGE

12 APPEARANCES:

13 For the Plaintiff:            ANNE PERRY, ESQ.
                                 Assistant United States
14                                Attorney
                                 880 Front Street
15                               San Diego, California 92101

16 For the Defendant:            FEDERAL DEFENDERS OF SAN DIEGO
                                 BY: ANDREW LAH, ESQ.
17                               225 Broadway, Suite 900
                                 San Diego, California 92101
18                               (619) 234-8467

19 Transcript Ordered By:        ANNE PERRY, ESQ.

20 Transcriber:                  Sherri Lattuca
                                 Echo Reporting, Inc.
21                               6336 Greenwich Drive, Suite B
                                 San Diego, California 92122
22                               (858) 453-7590

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.

1

1  SAN DIEGO CALIFORNIA  THURSDAY SEPTEMBER 11, 2008 10:00 A.M.

2                          --oOo--

3       (Call to order of the Court.)

4           THE CLERK:  Matter number 39 on calendar,

5  08MJ2080, United States of America versus Anthony Reynolds,

6  set for status conference regarding an extradition.

7           MS. PERRY:  Good morning, your Honor.  Anne Perry

8  on behalf of the United States.  I have very neat looking

9  documents for you, with ribbons.

10          MR. LAH:  And good morning, your Honor.  Andrew

11 Lah, Federal Defenders, on behalf of Mr. Reynolds.

12          THE COURT:  Okay.

13      (Pause.)

14          MR. LAH:  For the record, your Honor, Mr. Reynolds

15 is present in custody.

16          MS. PERRY:  Your Honor, today's date, I believe --

17 I've inherited this case from Jeff Moore who left our office

18 -- today's date was set to receive documents for this

19 Court's perusal regarding the extradition of Mr. Reynolds to

20 Canada and I'd like to present those to the Court at this

21 time.

22          THE COURT:  Okay, and Mr. Lah, have you seen the

23 documents?

24          MR. LAH:  Yes, I have.

25          MS. PERRY:  I provided Mr. Lah with a copy of them

2

1   on -- two days ago.

2        (Court proffered documents.)

3             THE COURT:  Okay, thank you.  Well, we need to set

4   a date for, quote, "the extradition hearing", and we'll send

5   out dates once I coordinate them with my courtroom deputy.

6   Is there any particular thing you'd like to request of me at

7   this time?

8             MS. PERRY:  I know that Mr. Lah would like this

9   hearing to go as quickly as possible.  It seems that we may

10  be able to reach some kind of an accommodation.

11            THE COURT:  Okay.

12            MS. PERRY:  I'm not going to be here the week of

13  September 22nd.

14            THE COURT:  So if you want it to happen quickly,

15  how about -- well, we have a short week -- oh, no, we don't.

16  How about Thursday, October 2?  Is that soon enough for you,

17  Mr. Lah?

18            MR. LAH:  Your Honor, I actually --

19            THE COURT:  Oh, we have duty that week.

20            MR. LAH:  The sooner, the better.  I --

21            THE COURT:  Even sooner than that?

22            MR. LAH:  Yes, please.

23            THE COURT:  Okay.  How about September 18?

24            MR. LAH:  That would be fine.

25            THE COURT:  Ms. Perry?

3

1          MS. PERRY:  I'll be here.

2          THE COURT:  Okay, we will have the hearing or

3   whatever you want to do on September 18.  Why don't we have

4   that at 11:00 o'clock, that way you won't have to hang

5   around through all the other matters.

6          MS. PERRY:  The only question I had is if the

7   Court feels it requires additional legal briefing.  I have

8   not provided any legal briefing.  It's pretty

9   straightforward, the documents I provided the Court --

10          THE COURT:  I don't -- if you want to -- I don't

11   feel I need it, but if you want to submit it, I'm happy to

12   read anything that you submit.  If we're doing it on the

13   18th, I'd like to get it by the 16th to make sure that I

14   have some opportunity to read it.

15          MS. PERRY:  Will do.

16          THE COURT:  Okay.  Thank you, Mr. Lah.

17          MR. LAH:  Thank you.

18          THE COURT:  That's all, Mr. Reynolds.

19      (Proceeding concluded.)

20

21

22

23

24

25

4

1          I certify that the foregoing is a correct

2   transcript to the best of my ability from the electronic

3   sound recording of the proceedings in the above-entitled

4   matter.

5

6   s/Sherri Lattuca              11/3/08
    Transcriber                   Date
7
    FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
8

9   s/L.L. Francisco
    L.L. Francisco, President
10  Echo Reporting, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Echo Reporting, Inc.*