```
 1                  UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF CALIFORNIA
 3
 4  UNITED STATES OF AMERICA,   )  Case No. 08MJ2080-WMC
                                )
 5         Plaintiff,            )  San Diego, California
                                )
 6  vs.                          )  Thursday,
                                )  September 18, 2008
 7  ANTHONY REYNOLDS,            )  11:00 a.m.
                                )
 8         Defendant.            )
   _____)
 9
10            TRANSCRIPT OF EXTRADITION HEARING
             BEFORE THE HONORABLE WILLIAM McCURINE
11               UNITED STATES MAGISTRATE JUDGE

12  APPEARANCES:

13  For the Plaintiff:         ANNE PERRY, ESQ.
                                Assistant United States
14                               Attorney
                                880 Front Street
15                              San Diego, California 92101

16  For the Defendant:         FEDERAL DEFENDERS OF SAN DIEGO
                                BY: ANDREW LAH, ESQ.
17                              225 Broadway, Suite 900
                                San Diego, California 92101
18                              (619) 234-8467

19  Transcript Ordered By:     ANNE PERRY, ESQ.

20  Transcriber:               Sherri Lattuca
                                Echo Reporting, Inc.
21                              6336 Greenwich Drive, Suite B
                                San Diego, California 92122
22                              (858) 453-7590

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

*Echo Reporting, Inc.*

```
                                                                 1
 1  SAN DIEGO CALIFORNIA   THURSDAY SEPTEMBER 18, 2008 11:00 A.M.
 2                            --oOo--
 3       (Call to order of the Court.)
 4            THE CLERK:  Number 35 on calendar, 08MJ2080-WMC,
 5  United States of America versus Anthony Reynolds, up for
 6  extradition hearing.
 7            MS. PERRY:  Good morning, your Honor.  Anne Perry
 8  on behalf of the United States.
 9            MR. LAH:  Good morning, your Honor.  Andrew Lah,
10  Federal Defenders, on behalf of Mr. Reynolds.
11            THE COURT:  Okay.  Who wants to speak first?  I
12  have gone through all of the materials.  Frankly -- well,
13  not frankly, but fortunately I am fluent in Canadian, so I
14  read through everything.
15            MR. LAH:  Your Honor, for the record, Mr. Reynolds
16  is present in custody.
17            THE COURT:  Okay.
18            MR. LAH:  May he be seated for this, your Honor?
19            THE COURT:  Yes, go ahead.
20            MS. PERRY:  Your Honor, since we're doing the
21  moving, I guess I'll speak first.  I would submit that based
22  on all the evidence presented to this Court -- I had been
23  under an understanding -- and I'm not criticizing or
24  anything -- it was my understanding that Mr. Reynolds does
25  want this to go forward and be expedited.  However, he is
```

```
 1  not interested in waiving the hearing or consenting to
 2  extradition.
 3            So based upon that, I would submit to the Court
 4  that the evidence that we've presented, which we need only
 5  prove by a preponderance of the evidence, that there's
 6  currently an extradition treaty in force between the United
 7  States and Canada.  This treaty covers the offenses for
 8  which the extradition is requested; that he is the person
 9  whose extradition is sought by Canada and that there's
10  probable cause to exist -- that exists to believe that he
11  committed these crimes and therefore extradition should
12  follow.
13            THE COURT:  Okay, thank you.
14            MR. LAH:  Your Honor, if I may just put a few
15  matters onto the record.
16            THE COURT:  Certainly.
17            MR. LAH:  First, Mr. Reynolds would like the Court
18  to be aware that he has not received proper medical
19  attention at the jail facility.  We just want your Honor to
20  be aware of that.
21            THE COURT:  What's the medical condition?
22            MR. LAH:  He has some type of fungal, I guess,
23  infection that he's not receiving proper medication for.
24            THE COURT:  Okay.
25            MR. LAH:  So that's a matter -- I think that's
```

3

1  something he wanted addressed.
2           Your Honor, for the record, we're objecting to any
3  finding of probable cause.  It is our position that <u>Crawford</u>
4  and the Sixth Amendment does apply to extradition hearings.
5  So I would like the record to note our objection.
6           And beyond that, your Honor, I would submit the
7  matter.
8           THE COURT:  Okay.  I have gone through all of the
9  documents submitted by the Government on the behalf of the
10 requesting party or state, in this case Canada.  Here are
11 the findings I make and I'm going to ask the Government to
12 prepare the appropriate order.
13          This extradition is pursuant to that certain
14 treaty between the United States and Canada, dated December
15 3, 1971, and which entered into force on March 22, 1976 and
16 the related protocols and amendments which followed the
17 initial enactment.
18          The documents submitted in support of probable
19 cause have been properly authenticated, pursuant to 18
20 U.S.C. Section 3190.  I have received and reviewed a
21 certified copy of the charging instruments from Canada
22 issued by competent Canadian authority, a sworn affidavit by
23 the appropriate Canadian legal authority outlining the
24 facts, identifying the relevant documents, including a
25 recitation of applicable Canadian criminal law and the

4

specific charges against Mr. Reynolds.  I've reviewed the sworn affidavit by competent witnesses regarding the alleged facts.  I reviewed the paperwork from David H. Wilkins, United States Ambassador at Ottawa, Canada, certifying that the extradition documents have been properly and legally authenticated so as to entitle them to be received into evidence pursuant to 18 U.S.C. Section 3190.

I have personal jurisdiction over Anthony Reynolds who appears to also be known by a different name, it's set forth in the documents.  I have jurisdiction over the subject matter of the extradition pursuant to both the treaty and 18 U.S.C. Sections 3181 through 3196.

The crimes for which extradition is sought are extraditable offenses and are covered by the relevant treaty.  Competent evidence exists sufficient to demonstrate probable cause that the Defendant committed the alleged offenses and that the Defendant is also known as Orville Thompson.  And remember that for probable cause is established if I find that there's any evidence warranting a finding that there is reasonable ground to believe that the Defendant is guilty of the offenses charged.

I therefore certify that the Defendant is extraditable to Canada and shall be forthwith extradited to Canada.  The Secretary of State shall surrender Defendant to the appropriate Canadian authorities as soon as possible.

5

1 I'd like the Government to prepare the appropriate order.
2 How long will it take you?
3          MS. PERRY:  Your Honor, based on the Court's
4 extensive findings, I was going to actually order a vacate,
5 so this will probably take me at least until tomorrow.
6          THE COURT:  Okay, so why don't you say close of
7 business on Monday.
8          MS. PERRY:  I will do that, your Honor.
9          THE COURT:  And make sure that Mr. Lah sees it
10 before it's submitted to me for signature.
11          MS. PERRY:  Of course.
12          THE COURT:  Thank you, Mr. Lah.
13          MR. LAH:  Thank you, your Honor.
14          THE COURT:  In your usual professional brevity,
15 you always seem to go straight to the point without wasting
16 time and it's deeply appreciated and acknowledged.
17          Is there anything else on this matter?
18          MR. LAH:  No, sir.
19          MS. PERRY:  No, your Honor.
20          THE COURT:  Okay.
21     (Proceeding concluded.)
22
23
24
25

```
                                                                6
 1         I certify that the foregoing is a correct
 2  transcript to the best of my ability from the electronic
 3  sound recording of the proceedings in the above-entitled
 4  matter.
 5
 6  s/Sherri Lattuca              11/3/08
    Transcriber                   Date
 7
    FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
 8
 9  s/L.L. Francisco
    L.L. Francisco, President
10  Echo Reporting, Inc.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```